UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALEJANDRO LAGOS ALBERTO, | Case No.: 3:26-cv-00742-CAB-MMP |
| Petitioner, | |
| v. | **ORDER CLOSING CASE** |
| CHRISTOPHER LAROSE, et al., | |
| Respondents. | |

Petitioner Jose Alejandro Lagos Alberto filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 4], this Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 5]. Petitioner subsequently received a bond hearing on February 20, 2026. [Doc. No. 6.]

///

///

///

///

///

///

1

Petitioner has received the relief his Petition requested.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated:  March 24, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-00742-CAB-MMP